**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Page: 1
12/31/2009
ACCOUNT NO: 6229-0004M
INVOICE NO:      55637

Cloverleaf Enterprises, Inc.
c/o Political Solutions
5101 MacArthur Blvd., N.W.
Washington DC  20016

ATTN: Kelley Rogers, President

General Corporate and General Legal

|  |  | HOURS |  |
|---|---|---:|---:|
| 12/01/2009 | WVM Dictate email to Kelley Rogers re Board of Directors session re Mark Vogel | 0.10 | 37.50 |
| 12/02/2009 | WVM Telephone conference with Kelley Rogers re Mark Vogel sale | 0.40 | 150.00 |
|  | WVM General office - prepare bills for October | 0.30 | 112.50 |
|  | WVM Receipt/review of Attorney General's opposition on behalf of the MRC to motion to extend stay and preclude hearing | 0.50 | 187.50 |
|  | WVM Dictate email to Kelley Rogers re hearing on opposition of Maryland Racing Commission | 0.20 | 75.00 |
|  | WVM Telephone conference with Kelley Rogers re denial of motion to extend stay and the MRC hearing | 0.30 | 112.50 |
|  | WVM Telephone conference call to inform Board of Directors as to status of Mark Vogel deal | 2.00 | 750.00 |
| 12/03/2009 | WVM Dictate notes from 12/2 2 hour conference call of meeting of CEI Board of Directors | 0.40 | 150.00 |
|  | WVM Dictate email to Nelson Cohen re the bankruptcy status and MRC hearing | 0.30 | 112.50 |
|  | WVM Telephone conference with Kelley Rogers re strategy in light of CEI's withdrawal of motion to sell assets | 0.30 | 112.50 |
|  | WVM Receipt/review of and respond to Nelson Cohen's email to B. Spizler, Esq., Assistant Attorney General seeking deferral of hearing until 2010 | 0.10 | 37.50 |
|  | WVM Non-chargeable legal Telephone conference with Kelley Rogers re meeting set for 12/7 | 0.10 | n/c |
|  | WVM Telephone conference with Lisa White re Racing and simulcast license renewal and approval | 0.10 | 37.50 |
|  | WVM Receipt/review of termination sections of the M. Vogel agreements | 0.70 | 262.50 |
|  | WVM Research the issue of obtaining stay in state court pending appeal from an Administrative Board | 0.40 | 150.00 |
| 12/04/2009 | WVM Telephone conference with Kelley Rogers re Maryland Racing Commission hearing set for 12/16 | 0.40 | 150.00 |
|  | WVM Draft revisions to draft motion for stay (in case needed) | 0.50 | 187.50 |
| 12/05/2009 | WVM Preparation for Maryland Racing Commission hearing by reviewing in the Circuit Court previous motion for TRO and review of notice | 3.00 | 1,125.00 |
| 12/07/2009 | WVM Receipt/review of Lisa Watts' email re 2010 racing license |  |  |

Page: 2
Cloverleaf Enterprises, Inc.
12/31/2009
ACCOUNT NO: 6229-0004M
INVOICE NO:    55637

General Corporate and General Legal

|  |  | HOURS |  |
|---|---|---|---|
|  | application | 0.20 | 75.00 |
|  | WVM In-office conference with Nelson Cohen, Mark Vogel, Jerry Miller, Esq., Robert H. Rosenbaum, Kelley Rogers re the Mark Vogel sale | 3.00 | 1,125.00 |
|  | WVM Telephone conference with Kelley Rogers re compromise offer to B. Spizler, Esq., counsel to MRC | 0.30 | 112.50 |
|  | WVM In-office conference with Robert H. Rosenbaum re revisions to the Vogel sale agreements | 0.20 | 75.00 |
|  | WVM Dictate email to Kelley Rogers re compromise offer to MRC | 0.20 | 75.00 |
|  | WVM Telephone conference with Bruce Spizler, Esq., counsel to MRC | 0.40 | 150.00 |
|  | WVM Receipt/review of revised Vogel agreements | 0.80 | 300.00 |
|  | WVM Dictate revisions to MRC letter to be used if a compromise is not reached | 0.80 | 300.00 |
| 12/09/2009 | WVM Receipt/review of and research settlement agreement with MRC | 0.50 | 187.50 |
|  | WVM Telephone conference with Nelson Cohen re settlement agreement | 0.50 | 187.50 |
|  | WVM Dictate email to Kelley Rogers re settlement agreement | 0.30 | 112.50 |
| 12/10/2009 | WVM Telephone conference with Nelson Cohen re Vogel transaction status and offer of MRC to compromise | 0.50 | 187.50 |
|  | WVM Revise MRC motions for use if no compromise is possible | 0.50 | 187.50 |
|  | WVM Dictate response to Bruce Spizler, Esq. re hearing | 1.00 | 375.00 |
|  | WVM Conference call with Board of CEI | 2.00 | 750.00 |
|  | WVM Telephone conference with Kelley Rogers re board meeting | 0.20 | 75.00 |
|  | WVM Dictate email to Sharon Roberts re minutes | 0.10 | 37.50 |
| 12/11/2009 | WVM In-office conference with Tom Cooke, president of CSOA, Kelley Rogers, CEO of CEI, Mark Vogel and Robert H. Rosenbaum to discuss strategy and sign documents | 3.00 | 1,125.00 |
|  | WVM Non-chargeable legal - Telephone conference with Nelson Cohen re 3:00 p.m. deadline | 0.20 | n/c |
|  | WVM Revise draft motions | 0.50 | 187.50 |
|  | WVM Work on memo to counsel to MRC to address the issue of a possible amicable resolution | 2.00 | 750.00 |
|  | WVM Telephone conference with counsel to MRC re amicable resolution | 0.50 | 187.50 |
|  | WVM Telephone conference with Kelley Rogers re settlement with MRC | 0.30 | 112.50 |
|  | WVM Dictate email to Bruce Spizler re amicable resolution | 0.50 | 187.50 |
| 12/12/2009 | WVM Draft revisions to protective motions | 0.50 | 187.50 |
|  | WVM Research re above motions | 1.00 | 375.00 |
|  | WVM Revise email to Kelley Rogers re the renewal of MRC license | 0.50 | 187.50 |
|  | WVM Non-chargeable legal - Telephone conference with Nelson Cohen re status | 0.10 | n/c |
|  | WVM Dictate revisions to letter to MRC re license renewal | 0.30 | 112.50 |
|  | WVM Telephone conference with Bruce Spizler, Esq. re renewal | 0.20 | 75.00 |
|  | WVM Telephone conference with Kelley rogers re renewal | 0.10 | 37.50 |
|  | WVM Receipt/review of Bruce Spizler, Esq. draft settlement agreement | 0.20 | 75.00 |
|  | WVM Telephone conference call with Tom Cooke and Kelley Rogers | 0.20 | 75.00 |
|  | WVM Telephone conference with Bruce Spizler, Esq. re status (twice) | 0.20 | 75.00 |
|  | WVM Telephone conference with CEI board re compromise with MRC | 2.30 | 862.50 |

```
                                                                      Page: 3
        Cloverleaf Enterprises, Inc.                                12/31/2009
                                                          ACCOUNT NO: 6229-0004M
                                                          INVOICE NO:    55637

        General Corporate and General Legal
```

|  |  | HOURS |  |
|---|---|---:|---:|
| 12/13/2009 | WVM Preparation for hearing - review MRC motions | 0.80 | 300.00 |
|  | WVM Telephone conference with Kelley Rogers re testimony at MRC hearing | 0.40 | 150.00 |
|  | WVM Preparation for MRC hearing | 4.00 | 1,500.00 |
| 12/14/2009 | WVM Dictate revisions to letter to MRC | 0.20 | 75.00 |
|  | WVM Telephone conference with Frank Goldstein, Counsel for CSOA re overall status | 0.10 | 37.50 |
|  | WVM Non-chargeable legal - Receipt/review of and respond to Kelley Rogers' email re PNC | 0.10 | n/c |
|  | WVM Preparation for MRC hearing | 3.00 | 1,125.00 |
|  | WVM Out-of-office conference with Kelley Rogers at Rosecroft re pro forma budget | 2.80 | 1,050.00 |
| 12/15/2009 | WVM Research standing issue in order to prepare to oppose any thoroughbred attempt to intervene | 0.50 | 187.50 |
|  | WVM Telephone conference with Kelley Rogers re testimony | 0.20 | 75.00 |
|  | WVM Telephone conference with Bruce Spizler re notice and standing | 0.20 | 75.00 |
|  | WVM Dictate email to Bruce Spizler re notice | 0.20 | 75.00 |
|  | WVM Telephone conference with Frank Goldstein, Esq, Counsel to CSOA | 0.10 | 37.50 |
|  | WVM Telephone conference with Bruce Spizler, Esq. re revision of hearing notice | 0.20 | 75.00 |
|  | WVM Receipt/review of revised hearing notice | 0.10 | 37.50 |
|  | WVM Telephone conference with Kelley Rogers re hearing | 0.10 | 37.50 |
|  | WVM Telephone conference with Frank Goldstein re hearing | 0.10 | 37.50 |
|  | WVM Attend hearing at MRC | 5.00 | 1,875.00 |
| 12/16/2009 | WVM Receipt/review of Kelley Rogers' email re Mark Vogel | 0.20 | 75.00 |
| 12/17/2009 | WVM Receipt/review of email from Kelley Rogers | 0.10 | 37.50 |
|  | WVM Telephone conference with Kelley Rogers re board action | 0.10 | 37.50 |
|  | WVM Research COMAR re license renewal criteria | 1.50 | 562.50 |
|  | WVM Non-chargeable legal - General office - assemble documents for Mark Vogel | 0.10 | n/c |
|  | WVM Dictate email to Kelley Rogers and Nelson Cohen re Vogel deal details | 0.40 | 150.00 |
|  | WVM Preliminary work on interest payment agreement amending existing agreements | 0.40 | 150.00 |
| 12/18/2009 | WVM Telephone conference with Kelley Rogers re details of the Vogel deal | 0.20 | 75.00 |
|  | WVM Telephone conference with Sharon Roberts re conference call | 0.10 | 37.50 |
|  | WVM Cursory review of Vogel/PNC letter of intent | 0.30 | 112.50 |
|  | WVM Telephone conference call - CEI Board meeting | 2.50 | 937.50 |
|  | WVM Commence draft of revised Mark Vogel deal | 0.40 | 150.00 |
| 12/20/2009 | WVM Receipt/review of the PNC Vogel papers | 1.00 | 375.00 |
| 12/22/2009 | WVM Telephone conference with Frank Goldstein re vogel status | 0.20 | 75.00 |
|  | WVM Telephone conference with Nelson Cohen re hearing in bankruptcy |  |  |

|  |  |  | Page: 4 |
|---|---|---|---|
| Cloverleaf Enterprises, Inc. |  |  | 12/31/2009 |
|  |  | ACCOUNT NO: | 6229-0004M |
|  |  | INVOICE NO: | 55637 |
| General Corporate and General Legal |  |  |  |

| Date | | Description | HOURS | |
|---|---|---|---|---|
| | | court | 0.20 | 75.00 |
| 12/28/2009 | WVM | Non-chargeable legal - receive email from Nelson Cohen re suit against MRC for post filing income claim | 0.10 | n/c |
| 12/30/2009 | WVM | Non-chargeable legal - Telephone conference with opposing counsel in antitrust case | 0.10 | n/c |
| | | William V. Meyers | 59.40 | 22,275.00 |
| 12/07/2009 | MEM | Receipt/review of multiple emails from William V. Meyers as to agreements | 0.20 | 50.00 |
| 12/09/2009 | MEM | Receipt of multiple courtesy copy emails from William V. Meyers re: Vogel Deal; MRC hearing, etc. | 0.20 | 50.00 |
| | | M. Evan Meyers | 0.40 | 100.00 |
| 12/04/2009 | DCM | Preparation sample form of petition for judicial review and stay of decision | 0.50 | 125.00 |
| 12/14/2009 | DCM | Telephone conference with William V. Meyers regarding public participation at hearing | 0.20 | 50.00 |
| | DCM | Research standards for conduct of administrative hearing and participation | 0.40 | 100.00 |
| | DCM | Memorandum regarding standards for participation at hearing | 0.20 | 50.00 |
| | | Doug C. Meister | 1.30 | 325.00 |
| 12/07/2009 | RHR | In-office conference with client and Vogel and counsel re: purchase agreement | 3.50 | 1,312.50 |
| | RHR | Revise Vogel agreements in light of funding of the PNC note purchase | 2.20 | 825.00 |
| | RHR | Further Revise Vogel Agreements | 1.20 | 450.00 |
| 12/08/2009 | RHR | Revise agreements per William V. Meyers comments etc. | 0.80 | 300.00 |
| | RHR | Review agreements and email to client | 0.50 | 187.50 |
| 12/09/2009 | RHR | Telephone conference with N. Cohen; changes to agreements | 0.30 | 112.50 |
| | RHR | Telephone conference with K. Rogers | 0.20 | 75.00 |
| | RHR | Telephone conference with K. Rogers and email documents to J. Miller | 0.20 | 75.00 |
| 12/10/2009 | RHR | Receipt/review of Miller's (Vogel Counsel) document changes | 0.30 | 112.50 |
| | RHR | Telephone conference with N. Cohen | 0.20 | 75.00 |
| | RHR | Telephone conference with J. Miller | 0.20 | 75.00 |
| | RHR | Telephone conference with K. Rogers | 0.20 | 75.00 |
| | RHR | Revise documents and email | 0.30 | 112.50 |
| 12/11/2009 | RHR | In-office conference with clients and Vogel to execute agreements | 1.00 | 375.00 |
| 12/16/2009 | RHR | Review submission to Bankruptcy court | 0.20 | 75.00 |

|  |  |  |  | | |
|---|---|---|---|---:|---:|
|  |  |  |  | Page: 5 | |
| Cloverleaf Enterprises, Inc. |  |  |  | 12/31/2009 | |
|  |  |  |  | ACCOUNT NO: 6229-0004M | |
|  |  |  |  | INVOICE NO: | 55637 |
| General Corporate and General Legal |  |  |  |  |  |

|  |  |  |  | HOURS |  |
|---|---|---|---|---:|---:|
|  |  | Robert H. Rosenbaum |  | 11.30 | 4,237.50 |
| 12/05/2009 | JBC | In-office conference with William V. Meyers re MRC hearing |  | 0.20 | 70.00 |
| 12/14/2009 | JBC | In-office conference with William V. Meyers re hearing agenda |  | 0.20 | 70.00 |
|  | JBC | In-office conference with William V. Meyers re tomorrow's hearing |  | 0.20 | 70.00 |
|  |  | Joseph B. Chazen |  | 0.60 | 210.00 |
|  |  | CURRENT SERVICES RENDERED |  | 73.00 | 27,147.50 |
| 12/17/2009 |  | Photocopying, 529 copies |  |  | 105.80 |
|  |  | TOTAL EXPENSES |  |  | 105.80 |
|  |  | TOTAL CURRENT WORK |  |  | 27,253.30 |
|  |  | BALANCE DUE |  |  | $27,253.30 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
**To ensure proper credit include account and invoice**
**number(s) on remittance checks.**

**PAYMENT DUE UPON RECEIPT**