**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Page: 1
12/31/2009

Cloverleaf Enterprises, Inc.
c/o Political Solutions
5101 MacArthur Blvd., N.W.
Washington  DC  20016

ACCOUNT NO: 6229-0010M
INVOICE NO:       55638

ATTN: Kelley Rogers, President

Tom Chuckas/Employment Contract Dispute

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 12/17/2009 | JBC | Receipt/review of notice of motions hearing from Circuit Court for Baltimore City | 0.20 | 70.00 |
|  |  | Joseph B. Chazen | 0.20 | 70.00 |
| 12/01/2009 | GMS | Receipt/review of stipulation extending time to answer or otherwise respond to amended complaint | 0.20 | 55.00 |
| 12/02/2009 | GMS | Send email to Kelley Rogers in re affidavit for summary judgment | 0.20 | 55.00 |
| 12/08/2009 | GMS | Receipt/review of Writ of Summons | 0.20 | 55.00 |
|  | GMS | Review  - Prep of Pleadings - review of exhibits to Motion for Summary Judgment | 0.20 | 55.00 |
| 12/09/2009 | GMS | Draft letter to process server in re instruction for filing | 0.20 | 55.00 |
| 12/14/2009 | GMS | Receipt/review of invoice for service of process and affidavit of service | 0.20 | 55.00 |
|  | GMS | Draft letter to Tim Maloney, Esq in re filing of complaint | 0.20 | 55.00 |
| 12/17/2009 | GMS | Receipt/review of motion's hearing notice | 0.20 | 55.00 |
|  |  | Gina Marie Smith | 1.60 | 440.00 |
| 12/08/2009 | LNM | Pick Up Summons from Baltimore City Circuit Court | 1.80 | 45.00 |
| 12/16/2009 | LNM | File Affidavit of Service in Baltimore City Circuit Court | 0.70 | 17.50 |
|  |  | Levi N. McFadden | 2.50 | 62.50 |
| 12/09/2009 | SK | File Motion for Partial Summary Judgment in Baltimore City Circuit Court. | 1.50 | 37.50 |
|  |  | Sea-Yeun Kim | 1.50 | 37.50 |
|  |  | CURRENT SERVICES RENDERED | 5.80 | 610.00 |

| Date | Description | Amount |
|---|---|---|
| 12/09/2009 | Parking while in Baltimore Circuit Court | 5.00 |
| 12/09/2009 | Parking | 3.00 |

|  |  |
|---|---|
| Cloverleaf Enterprises, Inc. | Page: 2 |
|  | 12/31/2009 |
|  | ACCOUNT NO: 6229-0010M |
| Tom Chuckas/Employment Contract Dispute | INVOICE NO:    55638 |

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | William A. Collins for process service on Thomas Chuckas - Inv. #0734 | 75.00 |
|  | TOTAL EXPENSES | 83.00 |
|  | TOTAL CURRENT WORK | 693.00 |
|  | BALANCE DUE | $693.00 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.
To ensure proper credit include account and invoice
number(s) on remittance checks.**

**PAYMENT DUE UPON RECEIPT**