**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland 20737-1385**
**(301) 699-5800 Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Cloverleaf Enterprises, Inc.
c/o Political Solutions
5101 MacArthur Blvd., N.W.
Washington DC 20016

Page: 1
12/31/2009
ACCOUNT NO: 6229-0003M
INVOICE NO:       55639

ATTN: Kelley Rogers, President

Renewal Victory View Cafe license

| Date | | Description | HOURS | |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $163.00 |
| 12/01/2009 | DAL | Receipt review email from Lisa White regarding their 2010 liquor license application for Captive Food Service Company; pull 2009 file review; prepare email response to Lisa White copy to William V. Meyers and Linda C. Carter; receipt review resepond to email inquiry from William V. Meyers; in office conference with William V. Meyers; receipt review e:mail from Lisa White instruction to proceed; application and affidavits in final; email to Lisa with signing instructions for Sharon | 0.50 | 55.00 |
| 12/02/2009 | DAL | Receipt of email from Lisa White with hours of operation; update application update file confirmation from Lisa application and affidavits sent to Sharon for signature; draft list of race dates for submission to Board of License Commissioners; review Article 2B hours of operation acceptable; telephone conference with Board of License Commissioners | 1.00 | 110.00 |
| 12/03/2009 | DAL | Receipt/review of fully executed 2010 application; deliver to Board of License Commissioners | 0.70 | 77.00 |
| 12/14/2009 | DAL | Receipt review file; telephone conference with Board of License Commissioners confirmed application approved and daily fee unchanged $ 55.00 per day total $19,901.00 | 0.30 | 33.00 |
| 12/15/2009 | DAL | Email to William V. Meyers re application fee of $19,910.00 request permission to contact client; copy to Linda C. Carter | 0.20 | 22.00 |
| | DAL | Receive approval from William V. Meyers to proceed. prepare send email to Lisa White to request certified funds in the amount of $19,910.00 | 0.20 | 22.00 |
| 12/16/2009 | DAL | Prepare send email to Lisa White inclusive of copy of the Board of License Commissioners approval letter | 0.20 | 22.00 |
| 12/17/2009 | DAL | Receipt/review confirmation fedx scheduled delivery for Friday; prepare send e:mail to Lisa White request instructions on where to deliver 2010 license; receipt review e:mail response from Lisa White needs copy of approval letter; telephone call to Board of License Commissioners schedule pick up of new license and request | | |

Cloverleaf Enterprises, Inc.

Page: 2
12/31/2009
ACCOUNT NO: 6229-0003M
INVOICE NO:       55639

Renewal Victory View Cafe license

| | | | HOURS | |
|---|---|---|---|---|
| | | fax copy of approval letter; receipt scan email  copy of approval letter to Lisa White | 0.50 | 55.00 |
| 12/18/2009 | DAL | Receipt licensing from client; prepare cover letter to Board of License Commissioners deliver license fee and pick up 2010 license; prepare letter to client attention Lisa White, pursuant to instructions; prepare fedx label for Monday delivery; copy ship; update file | 1.00 | 110.00 |
| 12/28/2009 | DAL | Prepare send follow up e:mail to Lisa White request confirmation receipt of 2010 alcoholic beverage license; confirmation received; file closed | 0.20 | 22.00 |
| | | Dorothy A. Lasick | 4.80 | 528.00 |
| 12/01/2009 | LCC | Receipt/review of memorandum from Dottie A. Lasick concerning review of racetrack liquor license | 0.20 | 70.00 |
| | | Linda C. Carter | 0.20 | 70.00 |
| | | CURRENT SERVICES RENDERED | 5.00 | 598.00 |

| | | | |
|---|---|---|---|
| 12/18/2009 | Photocopying, 2 copies | | 0.40 |
| | TOTAL EXPENSES | | 0.40 |
| | TOTAL CURRENT WORK | | 598.40 |
| | BALANCE DUE | | $761.40 |

**PAST DUE AMOUNTS**

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 09/30/2009 | 53269 | 100.00 | 20.00 |
| 11/30/2009 | 55280 | 143.00 | 143.00 |
| | | | 163.00 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
**To ensure proper credit include account and invoice**
**number(s) on remittance checks.**

**PAYMENT DUE UPON RECEIPT**
