**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland 20737-1385**
**(301) 699-5800 Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Page: 1

Cloverleaf Enterprises, Inc.
5101 MacArthur Blvd., N.W.
Washington DC 20016

02/28/2010
ACCOUNT NO: 6229-0004M
INVOICE NO: 57063

ATTN: Kelley Rogers, President

General Corporate and General Legal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 02/01/2010 | WVM | Receipt/review of traffic engineer's preliminary report to challenge adverse appraisal | 0.30 | 112.50 |
| | WVM | Dictate email to Michele LaRocca (zoning counsel) re traffic report | 0.10 | 37.50 |
| | WVM | In-office conference with Michele LaRocca re: zoning memo changes | 0.20 | 75.00 |
| 02/03/2010 | WVM | Preparation of Petition for Judicial Review of MRC decision | 1.00 | 375.00 |
| | WVM | In-office conference with Michele LaRocca re status of zoning issues | 0.20 | 75.00 |
| | WVM | Dictate email to Kelley Rogers re status of the expert testimony | 0.20 | 75.00 |
| | WVM | Telephone conference with Kelley Rogers re Mark Vogel's MRC application status | 0.20 | 75.00 |
| 02/04/2010 | WVM | Preparation of January bill | 0.50 | 187.50 |
| | WVM | Telephone conference with MRC Counsel, Bruce Spizler re MRC hearing | 0.40 | 150.00 |
| | WVM | Telephone conference with Kelley Rogers re MRC hearing | 0.30 | 112.50 |
| | WVM | Telephone conference with Frank Goldstein re legislation | 0.30 | 112.50 |
| | WVM | Telephone conference with Frank Goldstein re legislation in annapolis | 0.30 | 112.50 |
| | WVM | Telephone conference with Kelley Rogers re Mark Vogel's finances | 0.10 | 37.50 |
| 02/05/2010 | WVM | Receipt/review of Bruce Spizler's email acknowledging receipt of Petition for Judicial Review Prince George's County Circuit Court | 0.10 | 37.50 |
| 02/09/2010 | WVM | Dictate email to Kelley Rogers re status of Mark Vogel loan | 0.10 | 37.50 |
| | WVM | Telephone conference with Nelson Cohen re status of Vogel track acquisition and application at MRC | 0.40 | 150.00 |
| | WVM | In-office conference with Michele LaRocca re hearing in bankruptcy court | 0.20 | 75.00 |
| 02/11/2010 | WVM | Telephone conference with Bruce Spizler re 2/16 hearing | 0.30 | 112.50 |
| | WVM | Preparation of Motion to Extend License for 2010 | 0.80 | 300.00 |
| | WVM | Telephone conference with Kelley Rogers re MRC 2/16 hearing (voice mail) | 0.50 | 187.50 |
| | WVM | Research re legality of dog race simulcast in Maryland | 1.50 | 562.50 |
| 02/12/2010 | WVM | Telephone conference with Bruce Spizler re MRC hearing on 2/16 | 0.50 | 187.50 |
| | WVM | Research re dog racing | 2.00 | 750.00 |
| | WVM | Telephone conference with Kelley Rogers re dog racing simulcast issues | 0.10 | 37.50 |
| | WVM | Receipt/review of internet material re dog racing in Maryland | 0.50 | 187.50 |
| | WVM | Preparation of pleadings - revise application for license renewal | 1.00 | 375.00 |
| | WVM | In-office conference with Chantelle M. Custodio re: research on legality of simulcasting dog racing in Maryland | 0.20 | 75.00 |
| 02/13/2010 | WVM | Revise draft letter application for renewal of racing license | 2.00 | 750.00 |
| | WVM | Telephone conference with Kelley Rogers re MRC status | 0.30 | 112.50 |
| | WVM | Dictate email to Kelley Rogers re MRC hearing | 0.70 | 262.50 |
| 02/15/2010 | WVM | Receipt/review of and respond to Kelley Rogers' email re MRC preparation | 0.10 | 37.50 |
| | WVM | Receipt/review of draft antitrust memo in opposition to motion to dismiss antitrust case prepared by Zuckerman-Spaeder LLP | 1.50 | 562.50 |
| | WVM | Telephone conference with Kelley Rogers re status of antitrust suit | 0.50 | 187.50 |

Page: 2

Cloverleaf Enterprises, Inc.

02/28/2010

ACCOUNT NO:  6229-0004M

INVOICE NO:       57063

General Corporate and General Legal

| | | | HOURS | |
|---|---|---|---|---|
| | WVM | Preparation for MRC hearing | 1.00 | 375.00 |
| | WVM | In-office conference with Chantelle M. Custodio re: dog racing | 0.20 | 75.00 |
| 02/16/2010 | WVM | Preparation for MRC hearing | 3.00 | 1,125.00 |
| | WVM | Attend hearing at MRC | 4.00 | 1,500.00 |
| | WVM | Receipt/review of Chantelle Custodio's memo re dog racing simulcast | 0.20 | 75.00 |
| | WVM | Revise letter to Kelley Rogers re dog racing | 0.20 | 75.00 |
| 02/17/2010 | WVM | Dictate email to Kelley Rogers re CEI financials | 0.50 | 187.50 |
| | WVM | Dictate revisions to letter re dog racing simulcast | 0.50 | 187.50 |
| | WVM | Dictate response to 2009 audit letter | 0.50 | 187.50 |
| 02/18/2010 | WVM | Telephone conference with Bruce Spizler re contents of record on appeal | 0.20 | 75.00 |
| 02/19/2010 | WVM | Telephone conference with Kelley Rogers re status of bankruptcy | 0.40 | 150.00 |
| | WVM | Receipt/review of Bruce Spizler's email re transmission of record in appeal | 0.20 | 75.00 |
| 02/22/2010 | WVM | In-office conference with Kelley Rogers and Nelson Cohen to discuss bankruptcy issues | 2.50 | 937.50 |
| | WVM | Receipt/review of Mark Vogel loan documents to finance PNC loan | 0.50 | 187.50 |
| | WVM | Dictate email to Nelson Cohen re Vogel loan application | 0.20 | 75.00 |
| 02/23/2010 | WVM | Receipt/review of notes from the 2/22/10 meeting with Nelson Cohen & Kelley Rogers | 0.30 | 112.50 |
| | WVM | Receipt/review of Operating Agreement of Maryland OTB Facilities, Inc. and MJC (adversary) | 0.30 | 112.50 |
| | WVM | Research and review Maryland rules re administrative appeal | 0.10 | 37.50 |
| | WVM | Dictate letter to Bruce Spizler, Esq. re composition of the records on appeal | 0.80 | 300.00 |
| 02/24/2010 | WVM | Revise letter to Bruce Spizler, Esq. re record before the MRC to be transmitted to court | 0.60 | 225.00 |
| | WVM | Receipt/review of the OTB LLC operating agreements in preparation for suit | 2.00 | 750.00 |
| | WVM | Dictate email to Lisa White and Lisa Watts re facts applicable to the 80/20 OTB split | 0.50 | 187.50 |
| | WVM | Research issue of the term of the MRC chairman | 0.70 | 262.50 |
| 02/25/2010 | WVM | Telephone conference with Nelson Cohen re value of land Rosecroft Raceway land | 0.20 | 75.00 |
| | WVM | Receipt/review of and respond to Nelson Cohen's email re appraisal | 0.10 | 37.50 |
| | WVM | Telephone conference with Sharon Roberts re MRC Chairman's term | 0.10 | 37.50 |
| | WVM | Receipt/review of PNC appraisal Rosecroft Raceway land | 1.00 | 375.00 |
| | WVM | Telephone conference with Sharon Roberts re Chairman Franzone's tenure | 0.10 | 37.50 |
| 02/26/2010 | WVM | Telephone conference with Kelley Rodgers re John Franzone, Chairman of the MRC | 0.10 | 37.50 |
| | WVM | Receipt/review of Kelley Rodgers' letter re Mark Vogel and the MRC | 0.50 | 187.50 |
| | WVM | Receipt/review of Bruce Spizler's notice of record filing | 0.20 | 75.00 |
| | WVM | Telephone conference with Kelley Rodgers re Mark Vogel's application before the MRC | 0.40 | 150.00 |
| | WVM | Receipt/review of email re MRC defects | 0.40 | 150.00 |
| 02/27/2010 | WVM | Prepare list of MRC defects | 0.50 | 187.50 |
| | WVM | Telephone conference with Kelley Rogers re MRC appeal | 0.50 | 187.50 |
| | | William V. Meyers | 40.90 | 15,337.50 |
| 02/22/2010 | RHR | In-office conference with client and review file re: application for fees | 0.40 | 150.00 |
| 02/23/2010 | RHR | Preparation of documents - 1st Interim Fee Application | 3.20 | 1,200.00 |

Page: 3
Cloverleaf Enterprises, Inc.                                                    02/28/2010
ACCOUNT NO:  6229-0004M
INVOICE NO:        57063

General Corporate and General Legal

| | | | HOURS | |
|---|---|---|---|---|
| 02/24/2010 | RHR | Preparation of documents - exhibits for Fee Application | 0.30 | 112.50 |
| | RHR | Telephone conference with N. Cohen and M. Ingberg | 0.30 | 112.50 |
| | RHR | Preparation of documents - Interim Application | 0.80 | 300.00 |
| | RHR | Telephone conference with N. Cohen re: case strategy | 0.20 | 75.00 |
| 02/25/2010 | RHR | Telephone conference with M. Ingberg | 0.20 | 75.00 |
| | RHR | Preparation of documents - first application | 0.50 | 187.50 |
| | | Robert H. Rosenbaum | 5.90 | 2,212.50 |
| 02/03/2010 | JBC | Preparation of pleadings - review petition for judicial review | 0.20 | 70.00 |
| 02/18/2010 | JBC | Receipt/review of letter and response to petition from Spizler | 0.20 | 70.00 |
| 02/22/2010 | JBC | Receipt/review of joint motion for withdrawal of reference of adversary proceeding, supporting memorandum, proposed order and response | 0.30 | 105.00 |
| 02/23/2010 | JBC | Receipt/review of order granting motion to withdraw adversary proceeding | 0.20 | 70.00 |
| 02/24/2010 | JBC | Receipt/review of operating agreements | 0.90 | 315.00 |
| 02/25/2010 | JBC | Receipt of numerous pleadings filed in court received electronically | 0.30 | 105.00 |
| 02/26/2010 | JBC | Receipt/review of letter from Spizler re record of proceedings | 0.20 | 70.00 |
| | | Joseph B. Chazen | 2.30 | 805.00 |
| 02/01/2010 | AVF | In-office conference with Michele LaRocca re: Flood Plain Location Research for Rose Croft Raceway | 0.30 | 39.00 |
| | AVF | Research Recently Approved Subdivision In The Area of Rose Croft Raceway re: Traffic Referrals | 3.60 | 468.00 |
| | | Andrew V. Facchina | 3.90 | 507.00 |
| 02/04/2010 | LNM | File Petition for Judicial Review in Prince George's County Circuit Court | 1.10 | 27.50 |
| | | Levi N. McFadden | 1.10 | 27.50 |
| 02/12/2010 | CMC | In-office conference with William V. Meyers re: researching legality of simulcasting dog racing in Maryland | 0.20 | 30.00 |
| 02/14/2010 | CMC | Research history of dog racing in Maryland, United States | 2.00 | 300.00 |
| 02/15/2010 | CMC | Research statutory provisions re: gaming | 2.30 | 345.00 |
| | CMC | In-office conference with William V. Meyers re: dog racing | 0.20 | 30.00 |
| 02/16/2010 | CMC | Research interpretation of gaming statutes, applicability to dog racing | 4.00 | 600.00 |
| | CMC | Memorandum to William V. Meyers re: legality of simulcasting dog racing | 1.50 | 225.00 |
| | | Chantelle M. Custodio | 10.20 | 1,530.00 |
| 02/01/2010 | MLA | In-office conference with William V. Meyers re: zoning memo changes to refute appraisal | 0.20 | 65.00 |
| | MLA | In-office conference with Flood Plain map from Andy Facchina | 0.20 | 65.00 |
| | MLA | Receipt/review of CR-64-2009 regarding public impact | 0.20 | 65.00 |
| | MLA | Receipt/review of draft from Wes Guckert | 0.20 | 65.00 |
| | MLA | Send email to Wes Guckert | 0.20 | 65.00 |
| | MLA | Draft re draft memo to William V. Meyers | 0.20 | 65.00 |
| 02/02/2010 | MLA | Draft Resume for testimony | 0.20 | 65.00 |

Page: 4

Cloverleaf Enterprises, Inc.

02/28/2010
ACCOUNT NO:   6229-0004M
INVOICE NO:      57063

General Corporate and General Legal

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MLA | Receipt/review of 2007 appraisal | 0.20 | 65.00 |
|  | MLA | Receipt/review of 2005, 2006 subdivision approvals | 0.40 | 130.00 |
|  | MLA | Send email to Wes Regarding 2006 / 2006 approvals (2) | 0.30 | 97.50 |
|  | MLA | Receipt of email from Wes Regarding CLV / report status | 0.20 | 65.00 |
| 02/03/2010 | MLA | Draft revise William V. Meyers memo | 0.30 | 97.50 |
|  | MLA | Non-chargeable legal Wes Guckert; Sent email to Wes | 0.20 | n/c |
|  | MLA | In-office conference with William V. Meyers re: Wes Guckert analysis (traffic engineer) | 0.20 | 65.00 |
|  | MLA | Non-chargeable legal - General office Proof final edition of memo to William V. Meyers | 0.20 | n/c |
| 02/09/2010 | MLA | Non-chargeable legal Wes and Bill | 0.20 | n/c |
| 02/12/2010 | MLA | In-office conference with Russell E. Warfel for Bankruptcy hearing | 0.20 | 65.00 |
|  |  | Michele LaRocca | 3.20 | 1,040.00 |
|  |  | CURRENT SERVICES RENDERED | 67.50 | 21,459.50 |

| 02/01/2010 | Maryland National Capital Park and Planning Commission for copies of staff reports , resolutions for nearby subdivision | 38.80 |
|---|---|---|
| 02/13/2010 | Faxed Documents, 21 pages, HOPKINS | 31.50 |
| 02/22/2010 | Photocopying, 345 copies | 69.00 |
|  | TOTAL EXPENSES | 139.30 |
|  | TOTAL CURRENT WORK | 21,598.80 |
|  | BALANCE DUE | $21,598.80 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
**To ensure proper credit include account and invoice number(s) on**
**remittance checks.**

**PAYMENT DUE UPON RECEIPT**