**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

|  |  |
|---|---|
| Cloverleaf Enterprises, Inc. | Page: 1 |
| 5101 MacArthur Blvd., N.W. | 02/28/2010 |
| Washington  DC  20016 | ACCOUNT NO:  6229-0010M |
|  | INVOICE NO:  57064 |

ATTN: Kelley Rogers, President

Tom Chuckas/Employment Contract Dispute

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 02/01/2010 | JBC | Receipt/review of notice of motions hearing - includes file instructions | 0.20 | 70.00 |
| 02/09/2010 | JBC | Receipt of email from opposing counsel re pending motions | 0.20 | 70.00 |
| 02/18/2010 | JBC | Receipt/review of notice of motion hearing from Circuit Court of Baltimore City | 0.20 | 70.00 |
| 02/20/2010 | JBC | Receipt/review of consent order signed by Judge Miller, Circuit Court for Baltimore City | 0.20 | 70.00 |
| 02/22/2010 | JBC | Receipt/review of notice to counsel re fee for case transfer | 0.20 | 70.00 |
|  |  | Joseph B. Chazen | 1.00 | 350.00 |
| 02/02/2010 | GMS | Receipt/review of reminder notice of Motions hearing. | 0.20 | 55.00 |
| 02/04/2010 | GMS | Receipt of email from Veronica Nannis | 0.20 | 55.00 |
|  | GMS | Telephone conference with Judge Miller's Law Clerk | 0.20 | 55.00 |
| 02/08/2010 | GMS | Send email to Veronica Nannis regarding court hearing | 0.20 | 55.00 |
| 02/17/2010 | GMS | Telephone conference to Judge's chambers in re consent order | 0.20 | 55.00 |
|  | GMS | Receipt/review of signed consent order of transfer | 0.20 | 55.00 |
|  | GMS | Receipt/review of notice of hearing | 0.20 | 55.00 |
| 02/22/2010 | GMS | Send email to Veronica Nannis, Esq in re transfer fee | 0.20 | 55.00 |
| 02/23/2010 | GMS | Draft letter to Veronica Nannis regarding transfer fee | 0.70 | 192.50 |
|  | GMS | Review and revise letter to Veronica Nannis | 0.20 | 55.00 |
| 02/25/2010 | GMS | Receipt/review of Pleadings regarding bankruptcy case | 0.20 | 55.00 |
|  | GMS | Send email to Veronica Nannis regarding transfer fee | 0.20 | 55.00 |
|  |  | Gina Marie Smith | 2.90 | 797.50 |
|  |  | CURRENT SERVICES RENDERED | 3.90 | 1,147.50 |

| | | | |
|---|---|---|---|
| 02/24/2010 | Clerk, Baltimore City Circuit Court for transferring jurisdiction fee | | 60.00 |
|  | TOTAL EXPENSES | | 60.00 |
|  | TOTAL CURRENT WORK | | 1,207.50 |
|  | BALANCE DUE | | $1,207.50 |

Cloverleaf Enterprises, Inc.

Tom Chuckas/Employment Contract Dispute

Page: 2
02/28/2010
ACCOUNT NO: 6229-0010M
INVOICE NO: 57064

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
**To ensure proper credit include account and invoice number(s) on remittance checks.**

**PAYMENT DUE UPON RECEIPT**