UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

at Greenbelt



*Paul Mannes*
PAUL MANNES
U. S. BANKRUPTCY JUDGE

| | |
|---|---|
| IN RE: | : |
| | : |
| CLOVERLEAF ENTERPRISES, INC. | :   Case No. |
| | :   Chapter 11 |
| Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |

### ORDER DENYING RENEWED MOTION FOR AUTHORITY TO SELL SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

For the reasons set forth in the Memorandum of Decision filed this day, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that Debtor's Renewed Motion for Authority to Sell Substantially All of the Debtor's Assets Free and Clear of Liens, Claims and Encumbrances is denied.

cc: Debtor
    Debtor's Counsel
    U.S. Trustee
    Jonathan R. Krasnoff, Assistant Attorney General, Office of the Attorney General, 500 North Calvert Street, Ste. 406, Baltimore, MD 21202
    Lawrence D. Coppel, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 East Redwood Street, Baltimore, MD 21202
    Darek Bushnaq, Venable LLP, 750 East Pratt Street, Suite 900, Baltimore, MD 21202
    Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Ste. 2200, Baltimore, MD 21202
    Joseph A. Lynott, III, Lynott, Lynott & Parsons, P.A., 11 N. Washington Street, Ste. 220 Rockville, MD 20850
    Scott W. Foley, Shapiro Sher Guinot & Sandler, 36 S. Charles Street, 20th Fl., Baltimore, MD 21201
    Robert H. Rosenbaum, Meyers, Rodbell & Rosenbaum, P.A., Kenilworth Ave., Ste. 400 Riverdal, MD 20737
    All Creditors and Parties Requesting Notice