

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Cloverleaf Enterprises, Inc. | * | Case No. | 09-20056 |
| | * | Chapter | 11 |
| | * | | |
| | * | | |
| Debtor | * | | |

## ORDER DENYING RENEWED MOTION FOR APPROVAL TO NEGOTIATE THE PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR

Upon consideration of the Renewed Motion for Approval of Agreement to Negotiate the Proposed Sale of Substantially All Assets of the Debtor filed by the Debtor, and the objections thereto, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Renewed Motion for Approval to Negotiate the Proposed Sale hereby is denied without prejudice.

cc:    Debtor
       Debtor's Counsel
       U.S. Trustee
       Jonathan R. Krasnoff, Assistant Attorney General, Office of the Attorney General, 500
           North Calvert Street, Ste. 406, Baltimore, MD 21202
       Lawrence D. Coppel, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233

    East Redwood Street, Baltimore, MD 21202
Darek Bushnaq, Venable LLP, 750 East Pratt Street, Suite 900, Baltimore, MD 21202
Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Ste. 2200, Baltimore, MD 21202
Joseph A. Lynott, III, Lynott, Lynott & Parsons, P.A., 11 N. Washington Street, Ste. 220 Rockville, MD 20850
Scott W. Foley, Shapiro Sher Guinot & Sandler, 36 S. Charles Street, 20th Fl., Baltimore, MD 21201
Robert H. Rosenbaum, Meyers, Rodbell & Rosenbaum, P.A., Kenilworth Ave., Ste. 400 Riverdal, MD 20737
Howard M. Heneson, Esq., 810 Gleneagles Court, Suite 301, Towson, MD 21286
All Creditors and Parties Requesting Notice

**End of Order**