**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Page: 1

Cloverleaf Enterprises, Inc.                                             03/31/2010
5101 MacArthur Blvd., N.W.                         ACCOUNT NO:   6229-0004M
Washington  DC  20016                                  INVOICE NO:        58447

ATTN: Kelley Rogers, President

General Corporate and General Legal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 03/01/2010 | WVM | Rough draft issues for appeal to Circuit Court from MRC if needed | 1.00 | 375.00 |
| | WVM | Non-chargeable legal - Dictate strategy letter to Nelson Cohen re composition of the MRC | 0.20 | n/c |
| 03/02/2010 | WVM | Revise bankruptcy hearing memo to Nelson Cohen re: alleged MRC bias | 1.70 | 637.50 |
| | WVM | Non-chargeable legal - Research re criminal law aspects of gift receipt by public officials | 0.80 | n/c |
| 03/03/2010 | WVM | Receipt/review of February MRC hearing transcript | 1.00 | 375.00 |
| | WVM | Non-chargeable legal - Receipt/review of letter from Mark Vogel's counsel | 0.10 | n/c |
| | WVM | Telephone conference with Nelson Cohen re bankruptcy issues and MRC issues | 0.30 | 112.50 |
| | WVM | Non-chargeable legal - Telephone conference with Nelson Cohen re MRC status | 0.10 | n/c |
| | WVM | Dictate letter to Kelley Rogers re action against the MRC | 0.50 | 187.50 |
| 03/04/2010 | WVM | Dictate revisions to status letter addressing planned attack on the MRC | 0.80 | 300.00 |
| | WVM | Non-chargeable legal - Telephone conference with Nelson Cohen re appraisal | 0.10 | n/c |
| | WVM | Exchange emails with traffic engineer concerning APF test | 0.20 | 75.00 |
| 03/05/2010 | WVM | Preparation of February bills | 1.00 | 375.00 |
| | WVM | Research administrative appeal court rules | 0.50 | 187.50 |
| 03/08/2010 | WVM | Receipt/review of Kelley Rogers' email re Magna bankruptcy | 0.10 | 37.50 |
| 03/09/2010 | WVM | Telephone conference with Kelley Rogers re bankruptcy hearing and legislation | 0.10 | 37.50 |
| 03/10/2010 | WVM | Receipt/review of valuation memo re LLCs owning OTB rights | 0.20 | 75.00 |
| | WVM | Dictate email to Bruce Spizler re record on appeal | 0.10 | 37.50 |
| | WVM | Telephone conference with Kelley Rogers re bankruptcy case, LLC suit and backstretch issues | 0.30 | 112.50 |
| 03/11/2010 | WVM | Telephone conference with Nelson Cohen re the sale hearing in bankruptcy court | 0.30 | 112.50 |
| | WVM | Non-chargeable legal - Dictate email to Nelson Cohen re LLC suit | 0.10 | n/c |
| | WVM | Dictate email to Bruce Spizler, Esq. re record on appeal | 0.10 | 37.50 |
| | WVM | Receipt/review of the Vogel loan papers to determine status | 0.70 | 262.50 |
| 03/12/2010 | WVM | Receipt/review of SFC Rosecroft Loan Agreement and Addenda | 0.30 | 112.50 |
| | WVM | Dictate cover letter to Lisa White enclosing SFC Agreement and Addenda | 0.10 | 37.50 |
| | WVM | Telephone conference with Kelley Rogers re strategy | 0.50 | 187.50 |
| 03/13/2010 | WVM | Non-chargeable legal - Receipt/review of Kelley Rogers' email transmitting CPA's email re MRC's unreasonable conduct | 0.10 | n/c |
| | WVM | Receipt/review of and respond to Lisa White's memo re SFC payments | 0.30 | 112.50 |
| | WVM | Telephone conference with Kelley Rogers re status of MRC | 0.60 | 225.00 |
| | WVM | Research issue of receivership for the OTB, LLCs | 1.00 | 375.00 |
| 03/15/2010 | WVM | Telephone conference with Kelley Rogers re MRC and backstretch issues | 0.50 | 187.50 |

Page: 2

Cloverleaf Enterprises, Inc.

03/31/2010

ACCOUNT NO:   6229-0004M

INVOICE NO:      58447

General Corporate and General Legal

| | | | HOURS | |
|---|---|---|---|---|
| | WVM | Research - review opinion re right of a track to bar people | 0.50 | 187.50 |
| | WVM | Receipt/review of bankruptcy hearing transcript for MRC hearing | 1.00 | 375.00 |
| 03/16/2010 | WVM | Further review of transcripts | 0.50 | 187.50 |
| | WVM | Receipt/review of file re closing of backstretch in preparation for MRC session | 2.00 | 750.00 |
| | WVM | Preparation of bills | 0.20 | 75.00 |
| | WVM | Dictate email re bills | 0.20 | 75.00 |
| | WVM | Out-of-office conference - MRC hearing | 3.50 | 1,312.50 |
| | WVM | Telephone conference with Kelley Rogers re MRC meeting of today | 0.20 | 75.00 |
| | WVM | Receipt/review of the Cross Breed Agreement | 0.70 | 262.50 |
| | WVM | Dictate email to Nelson Cohen re whether to reject the 2006 Cross Breed Agreement | 0.20 | 75.00 |
| 03/17/2010 | WVM | Receipt/review recap of 3/16 MRC meeting | 0.30 | 112.50 |
| | WVM | Receipt/review of Cross Breed Agreement and receive/respond to Nelson Cohen's email re rejecting the Agreement | 0.20 | 75.00 |
| | WVM | Dictate email to Joseph B. Chazen, Kelley Rogers and Lisa White re: suit seeking receivership of OTB LLCs | 0.20 | 75.00 |
| | WVM | In-office conference with Michele LaRocca re Prince George's County zoning enforcement | 0.20 | 75.00 |
| | WVM | Receipt/review of antitrust memo as to fact accuracy | 0.40 | 150.00 |
| | WVM | Non-chargeable legal - Telephone conference with Nelson Cohen re U.S. Trustee request for time to object to our fees | 0.10 | n/c |
| 03/20/2010 | WVM | Rough draft motions for the 4/13 MRC hearing | 5.00 | 1,875.00 |
| | | William V. Meyers | 27.50 | 10,312.50 |
| 03/17/2010 | MEM | In-office conference with Michele LaRocca re: zoning issues; multiple emails | 0.20 | 50.00 |
| | MEM | Review PG Code re: 27-261; 27-398; prior memoranda; notes | 1.00 | 250.00 |
| 03/18/2010 | MEM | In-office conference with Michele LaRocca re: zoning issues | 0.20 | 50.00 |
| | MEM | Review file re: prior zoning examinations | 0.20 | 50.00 |
| 03/19/2010 | MEM | Memorandum re: zoning - occupants/removal | 0.50 | 125.00 |
| 03/22/2010 | MEM | Review/Revise zoning doc prepared by Michele LaRocca | 0.30 | 75.00 |
| | MEM | In-office conference with Michele LaRocca re: zoning issues | 0.20 | 50.00 |
| 03/23/2010 | MEM | In-office conference with Michele LaRocca re: zoning issues 27-441 uses | 0.50 | 125.00 |
| 03/24/2010 | MEM | Out-of-office conference with Tony Knotts; Kelley Rogers and Michele LaRocca | 2.70 | 675.00 |
| | MEM | Telephone conference with William V. Meyers re: status on pending matters | 0.30 | 75.00 |
| | MEM | In-office conference with PAS re: search for prior correspondence/records | 0.20 | 50.00 |
| | MEM | Revise Michele LaRocca's draft zoning doc | 0.50 | 125.00 |
| | | M. Evan Meyers | 6.80 | 1,700.00 |
| 03/04/2010 | RHR | Receipt/review of notice from Court and email to M. Ingberg re: applications | 0.20 | 75.00 |
| | RHR | Receipt/review of notice from Court and email to M. Ingberg re: notices | 0.20 | 75.00 |
| | RHR | Telephone conference with N. Cohen's office - C. Meyer | 0.20 | 75.00 |
| 03/16/2010 | RHR | In-office conference with William V. Meyers re: case status and application for fees | 0.30 | 112.50 |
| 03/26/2010 | RHR | Telephone conference with J. Crouse re: objections | 0.50 | 187.50 |
| 03/29/2010 | RHR | Telephone conference with N. Cohen re: objections | 0.20 | 75.00 |
| | | Robert H. Rosenbaum | 1.60 | 600.00 |

Page: 3
Cloverleaf Enterprises, Inc.

03/31/2010
ACCOUNT NO:   6229-0004M
INVOICE NO:        58447

General Corporate and General Legal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 03/26/2010 | AVF | In-office conference with Michele LaRocca re: Code Violation | 0.30 | 39.00 |
| | AVF | Out-of-office conference with Bill Edelen at Property Standards re: code violation | 2.00 | 260.00 |
| | AVF | In-office conference with Michele LaRocca re: Parameters of Violation | 0.30 | 39.00 |
| | AVF | Non-chargeable legal - Send email to Dercares re: Submitting Request for Housing Complaint | 0.20 | n/c |
| 03/30/2010 | AVF | Receipt of email from Michele LaRocca re: Status of Violation at Department of Environmental Resources | 0.20 | 26.00 |
| 03/31/2010 | AVF | Out-of-office conference at Property Standards re: response to complaint | 0.70 | 91.00 |
| | | Andrew V. Facchina | 3.50 | 455.00 |
| 03/02/2010 | LNM | Travel time to follow up with circuit court clerk re: file request | 1.20 | 30.00 |
| 03/12/2010 | LNM | Travel time to Follow up with Prince George's County Circuit Court Clerks re: Records of Proceedings | 0.80 | 20.00 |
| 03/22/2010 | LNM | File - Obtain Copies of Financial Disclosure Forms | 2.60 | 65.00 |
| 03/26/2010 | LNM | Out-of-office conference to Follow Up Regarding Exhibits at Prince George's County Circuit Court | 0.70 | 17.50 |
| 03/29/2010 | LNM | File - Submit Request for Financial Disclosure Forms at State Ethics Commission in Annapolis | 1.70 | 42.50 |
| 03/30/2010 | LNM | File Petition for Judicial Review in Prince George's County Circuit Court | 1.10 | 27.50 |
| | LNM | Pick Up Copies of Financial Disclosures in Annapolis | 0.70 | 17.50 |
| | | Levi N. McFadden | 8.80 | 220.00 |
| 03/01/2010 | MLA | In-office conference with William V. Meyers  - status | 0.20 | 65.00 |
| 03/04/2010 | MLA | Non-chargeable legal William V. Meyers and Kelley Rogers | 0.20 | n/c |
| | MLA | Telephone conference with Nelson Cohen | 0.20 | 65.00 |
| | MLA | Telephone conference with Wes Guckert, Traffic Consultant | 0.20 | 65.00 |
| 03/08/2010 | MLA | Non-chargeable legal - Nelson Cohen | 0.20 | n/c |
| | MLA | Receipt/review of revised Wes Guckert report | 0.20 | 65.00 |
| 03/09/2010 | MLA | Receipt/review of Documents from Nelson Cohen ; Telephone call to Nelson Cohen | 0.20 | 65.00 |
| | MLA | Preparation For March 11th Hearing | 0.40 | 130.00 |
| 03/17/2010 | MLA | Receipt of email from William V. Meyers ; Sent email to Kelley Roger re: county enforcement | 0.20 | 65.00 |
| | MLA | Telephone conference with Andy Facchina | 0.20 | 65.00 |
| | MLA | Telephone conference with Tony Knott's office re: meeting ; Sent email to Kelley Rogers re: same | 0.20 | 65.00 |
| | MLA | In-office conference with William V. Meyers re: needed zoning violation | 0.20 | 65.00 |
| | MLA | In-office conference with Even Meyers re: Memo for meeting with Tony Knotts | 0.20 | 65.00 |
| | MLA | Send email to Kelley Rogers | 0.20 | 65.00 |
| 03/18/2010 | MLA | Send email to Evan Meyers re: meeting with Tony Knotts | 0.20 | 65.00 |
| 03/19/2010 | MLA | Review environmental resources violation issues for meeting with Tony Knotts | 0.30 | 97.50 |
| | MLA | In-office conference with Evan Meyers | 0.20 | 65.00 |
| 03/22/2010 | MLA | General office Proof / edit violation | 0.10 | 32.50 |
| | MLA | Send email to Kelley Rogers | 0.10 | 32.50 |

Page: 4

Cloverleaf Enterprises, Inc.

03/31/2010
ACCOUNT NO:   6229-0004M
INVOICE NO:        58447

General Corporate and General Legal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| | MLA | In-office conference with Doug Edwards | 0.10 | 32.50 |
| | MLA | Telephone conference with Kelley Rogers re: strategy for meeting with Tony Knotts | 0.10 | 32.50 |
| | MLA | In-office conference with Evan Meyers | 0.10 | 32.50 |
| 03/23/2010 | MLA | Telephone conference with Kelley Rogers | 0.10 | 32.50 |
| | MLA | In-office conference with Evan Meyers re: animals and dormitories | 0.50 | 162.50 |
| | MLA | Non-chargeable legal - Draft revise zoning violation | 0.20 | n/c |
| 03/24/2010 | MLA | Telephone conference with Betty Horton Hodge | 0.10 | 32.50 |
| | MLA | Draft Email to Betty Horton Hodge draft  for Department of Environmental Resources | 0.20 | 65.00 |
| | MLA | Non-chargeable legal Kelley Rogers | 0.20 | n/c |
| | MLA | Out-of-office conference with Tony Knotts, Kelley Rogers and Evan Meyers | 2.70 | 877.50 |
| 03/25/2010 | MLA | Receipt of email from Evan and Kelley | 0.20 | 65.00 |
| 03/26/2010 | MLA | Telephone conference with Andy Facchina re: Department of Environmental Resources re: Violation | 0.20 | 65.00 |
| | MLA | Send email to Kelley Rogers re: Department of Environmental Resources | 0.20 | 65.00 |
| | MLA | Receipt of email from Kelley Rogers (2); Sent email to Kelley | 0.30 | 97.50 |
| | MLA | In-office conference with Andy Facchina re: Department of Environmental Resources meeting | 0.20 | 65.00 |
| | MLA | Telephone conference with Kelley Rogers | 0.10 | 32.50 |
| 03/29/2010 | MLA | Telephone conference with Councilman Tony Knott's office | 0.20 | 65.00 |
| | MLA | Send email to Kelley Rogers re: Department of Environmental Resources; Received email from Kelley | 0.20 | 65.00 |
| 03/30/2010 | MLA | Send email to Kelley Rogers; Telephone call to Kelley Rogers | 0.20 | 65.00 |
| | MLA | Telephone conference with Betty Horton Hodge | 0.20 | 65.00 |
| | MLA | Telephone conference with William V. Meyers ; In office conference with Even Meyers | 0.20 | 65.00 |
| 03/31/2010 | MLA | In-office conference with Andy Facchina re: Department of Environmental Resources  follow up | 0.20 | 65.00 |
| | MLA | Telephone conference with William V. Meyers status | 0.20 | 65.00 |
| | MLA | Telephone conference with Kelley Rogers | 0.20 | 65.00 |
| | | Michele LaRocca | 10.20 | 3,315.00 |
| | | CURRENT SERVICES RENDERED | 58.40 | 16,602.50 |

| | | |
|---|---|---|
| 03/02/2010 | Transcript from Free State Reporting, Inc. - Inv. #80116 | 187.50 |
| 03/05/2010 | Federal Express | 15.21 |
| 03/06/2010 | Transcript of hearing (January 2010) | 157.60 |
| 03/29/2010 | Faxed Documents, 4 pages | 6.00 |
| 03/30/2010 | State Ethics Commission for copies of financial disclosures | 15.20 |
| 03/30/2010 | Photocopying, 54 copies | 10.80 |
| | TOTAL EXPENSES | 392.31 |
| | TOTAL CURRENT WORK | 16,994.81 |
| | BALANCE DUE | $16,994.81 |