**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Page: 1
Cloverleaf Enterprises, Inc.                                  03/31/2010
5101 MacArthur Blvd., N.W.                      ACCOUNT NO:  6229-0010M
Washington  DC  20016                           INVOICE NO:       58448

ATTN: Kelley Rogers, President

Tom Chuckas/Employment Contract Dispute

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 03/13/2010 | WVM | Receipt/review of email from Gina M. Smith re status of case against Tom Chuckas, former CEO of CEI | 0.10 | 37.50 |
| | | William V. Meyers | 0.10 | 37.50 |
| 03/03/2010 | GMS | Receipt of email from Veronica Nannis, Esq | 0.20 | 55.00 |
| | GMS | Receipt/review of notice of payment of transfer fee | 0.20 | 55.00 |
| | GMS | Telephone conference to Clerk of Court for Baltimore City | 0.10 | 27.50 |
| | GMS | Draft letter to Veronica Nannis, Esq in re transfer | 0.20 | 55.00 |
| 03/31/2010 | GMS | Receipt/review of docket report showing acceptance of transfer case | 0.20 | 55.00 |
| | GMS | Send email to Kelly Rogers re transfer of case | 0.10 | 27.50 |
| | | Gina Marie Smith | 1.00 | 275.00 |
| | | CURRENT SERVICES RENDERED | 1.10 | 312.50 |
| | | TOTAL CURRENT WORK | | 312.50 |
| | | BALANCE DUE | | $312.50 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
**To ensure proper credit include account and invoice number(s) on remittance checks.**

**PAYMENT DUE UPON RECEIPT**