**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Avenue, Suite 400**
**Riverdale Park, Maryland  20737-1385**
**(301) 699-5800  Billing Questions (301) 209-2530**
**Federal ID #52-1035634**

Cloverleaf Enterprises, Inc.
5101 MacArthur Blvd., N.W.
Washington  DC  20016

Page: 1
03/31/2010
ACCOUNT NO:  6229-0011M
INVOICE NO:       58449

ATTN: Kelley Rogers, President

OTB

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/17/2010 | WVM | Receipt/review of and answer email from Gina M. Smith and Joseph B. Chazen re case for accounting against MJC | 0.20 | 80.00 |
| 03/18/2010 | WVM | Dictate email re issue of filing suit against MJC for allegedly diverted funds | 0.20 | 80.00 |
|  | WVM | Attend bankruptcy hearing | 3.00 | 1,200.00 |
| 03/19/2010 | WVM | Telephone conference with Kelley Rogers re strategy at MRC | 0.40 | 160.00 |
|  | WVM | General office - strategy re filing against The Maryland Jockey Club as manager of LLCs and individually | 0.80 | 320.00 |
|  |  | William V. Meyers | 4.60 | 1,840.00 |
| 03/18/2010 | MEM | In-office conference with Chantelle M. Custodio re: OTB, LLC; review 11 USC 362 provisions with her re: debtor affiliated entities - no stay | 0.20 | 55.00 |
|  | MEM | Review Magna bankruptcy filing; confirm MJC as debtor; confirm OTB as non-debtor | 0.20 | 55.00 |
|  |  | M. Evan Meyers | 0.40 | 110.00 |
| 03/17/2010 | JBC | File review re: Maryland OTB Facilities, LLC operating agreement, evaluate claims, includes email to William V. Meyers with additional questions - Cloverleaf/OTB | 0.50 | 175.00 |
|  | JBC | Receipt/review of documents re accounting of monies due - Cloverleaf/OTB | 0.20 | 70.00 |
|  | JBC | Receipt of email from Kelly Rogers and William V. Meyers re information requested and/or received from OTB - Cloverleaf/OTB | 0.20 | 70.00 |
| 03/18/2010 | JBC | Telephone conference with Gina M. Smith re case facts and causes of actions (2 calls) - Cloverleaf/OTB | 0.60 | 210.00 |
|  | JBC | Telephone conference with Gina M. Smith re case issues and strategies - Cloverleaf/OTB | 0.40 | 140.00 |
| 03/19/2010 | JBC | Receipt/review of financial statements - Cloverleaf/OTB | 0.30 | 105.00 |
|  | JBC | In-office conference with William V. Meyers re appeal of March 2, 2010 decision | 0.20 | 70.00 |
|  | JBC | Preparation of pleadings - Petition for judicial review of March 2, 2010 decision | 0.20 | 70.00 |
| 03/22/2010 | JBC | Receipt/review of summary of expert opinion filed in bankruptcy court - Cloverleaf/OTB | 0.30 | 105.00 |
| 03/24/2010 | JBC | Preparation for today's meeting with clients - Cloverleaf/OTB | 0.30 | 105.00 |
|  | JBC | In-office conference with Gina M. Smith re today's client meeting - Cloverleaf/OTB | 0.30 | 105.00 |
|  | JBC | In-office conference with clients and Gina M. Smith to review agreements, case facts and legal strategies  - Cloverleaf/OTB | 1.50 | 525.00 |
|  | JBC | Receipt/review of notice that record of proceedings filed on March 2, 2010 in Circuit Court PG County | 0.20 | 70.00 |
| 03/27/2010 | JBC | Telephone conference to Street Baldwin of Ellin and Tucker re examination of records | 0.20 | 70.00 |
|  | JBC | Draft  - revise letter to Maryland OTB | 0.20 | 70.00 |

Cloverleaf Enterprises, Inc.

OTB

Page: 2
03/31/2010
ACCOUNT NO: 6229-0011M
INVOICE NO: 58449

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---:|---:|
| 03/29/2010 | JBC | Telephone conference with Street Baldwin at Ellin & Tucker | 0.20 | 70.00 |
| | | Joseph B. Chazen | 5.80 | 2,030.00 |
| 03/15/2010 | GMS | Receipt/review of Cloverleaf correspondence to Riverboat, NE Racing Sports and Cracked Claw in re OTB/MJC | 0.20 | 55.00 |
| 03/17/2010 | GMS | Receipt of email in re suit against OTB from William V. Meyers/ Joseph B. Chazen and Kelly Rogers | 0.20 | 55.00 |
| 03/18/2010 | GMS | Telephone conference with Joseph B. Chazen in re breach of agreement | 0.20 | 55.00 |
| | GMS | Review of operating agreement | 0.80 | 220.00 |
| | GMS | Review of K 1 schedule and other documentation including audit | 1.50 | 412.50 |
| | GMS | In-office conference with Chantelle Custodio in re research assignment | 0.20 | 55.00 |
| | GMS | In-office conference with Chantelle Custodio and Joseph B. Chazen and Robert H. Rosenbaum in re research on filing claim | 0.30 | 82.50 |
| | GMS | In-office conference with William V. Meyers in re breach of operating agreement lawsuits | 0.20 | 55.00 |
| | GMS | Receipt of email from Kelly Rogers and Lisa White in re audits and financial statements | 0.20 | 55.00 |
| 03/24/2010 | GMS | In-office conference with Lisa White and Sharon Roberts and Lisa Watts and Kelly Rogers in re lawsuit against Maryland OTB | 1.50 | 412.50 |
| 03/26/2010 | GMS | Research State Department of Assessments and Taxation search for principal offices of new Maryland OTB and Maryland OTB | 0.20 | 55.00 |
| | GMS | Draft letters to Maryland OTB and new Maryland OTB in re inspection and production of documents | 1.00 | 275.00 |
| 03/29/2010 | GMS | Review revise draft letters to the new Maryland OTB and Maryland OTB | 0.20 | 55.00 |
| | GMS | Receipt/review of summary of expert opinion testimony of Ray Petronka | 0.50 | 137.50 |
| 03/31/2010 | GMS | Telephone conference from client in re status | 0.20 | 55.00 |
| | | Gina Marie Smith | 7.40 | 2,035.00 |
| 03/18/2010 | CMC | In-office conference with Gina M. Smith re: research bankruptcy issues related to the OTB contract | 0.20 | 32.00 |
| | CMC | In-office conference with M. Evan Meyers re: bankruptcy rules and claim against Maryland Jockey Club | 0.40 | 64.00 |
| | CMC | Research bankruptcy rules re: claims arising against petitioner | 1.70 | 272.00 |
| | CMC | In-office conference with Gina M. Smith and Joseph B. Chazen re: bankruptcy rules and ability to make claim on OTB contract | 0.30 | 48.00 |
| | | Chantelle M. Custodio | 2.60 | 416.00 |
| | | CURRENT SERVICES RENDERED | 20.80 | 6,431.00 |
| | | TOTAL CURRENT WORK | | 6,431.00 |
| | | BALANCE DUE | | $6,431.00 |

**Payable to Meyers, Rodbell & Rosenbaum, P.A.**
To ensure proper credit include account and invoice number(s) on remittance checks.

**PAYMENT DUE UPON RECEIPT**